UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAHMAL OMNIKO DAVIS,

Plaintiff,

v.

G. FLORES, et al.,

Defendant.

1:26-cv-05980 EPG (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE